IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID MICHAEL KALINA,

                 Plaintiff,

      v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                 Defendant.

ORDER

17-cv-222-wmc

---

Pursuant to a joint motion for remand (dkt. #14) filed by the parties on October 4, 2017, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion. The clerk of court is directed to enter judgment accordingly.

Entered this 4th day of October, 2017.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge