IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID MICHAEL KALINA,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

v.

                                          Case No. 17-cv-222-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff David Michael Kalina attorney fees and costs in the amount of $7,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 3/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |